McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CASE NO. **2:04-CV-02449-DAD**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND SIX HUNDRED EIGHTY AND 80/100 DOLLARS ($1,680.80) and costs in the amount of ONE HUNDRED FIFTY AND 00/100 DOLLARS ($150.00).  Said amounts represent compensation for legal services rendered on behalf of Plaintiff by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the ONE THOUSAND SIX HUNDRED EIGHTY AND 80/100 DOLLARS ($1,680.80) in fees, and ONE HUNDRED FIFTY AND 00/100 DOLLARS ($150.00) in costs, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: July 11, 2005        /s/ Joseph C. Fraulob
                            JOSEPH C. FRAULOB
                            Attorney at Law

                            Attorney for Plaintiff


DATED: July 11, 2005        McGREGOR W. SCOTT
                            United States Attorney


                            By: /s/ Bobbie J. Montoya
                            BOBBIE J. MONTOYA
                            Assistant U. S. Attorney

                            Attorneys for Defendant

---

Re:  JOSE GONZALES v. JO ANNE B. BARNHART, Civ-s-02449 DAD, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

1  OF COUNSEL

2  LUCILLE GONZALES MEIS
3  Chief Counsel, Region IX

4  LORNA K. LI
5  Assistant Regional Counsel

6  United States Social Security Administration

_____oOo_____

**ORDER**

**Upon stipulation of the parties, plaintiff in CASE NO. 2:04-CV-02449-DAD, <u>JOSE GONZALES v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $1,680.80 and costs in the amount of $150.00, pursuant to the Equal Access to Justice Act.**

**APPROVED AND SO ORDERED.**

**DATED: July 18, 2005.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

**Ddad1/orders.socsec/gonzales2449.stipord.fees**